# EXHIBIT E

Fulton Superior Court Order Sealing Complaint

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| HECTOR GARCIA,<br>Plaintiff,<br><br>v.<br><br>MIKE REZI,<br>also known as MICHAEL REZI, and<br>CAROLINA REZI,<br>also known as CAROLINA ROSINI<br><br>Defendants. | CIVIL ACTION 2022CV367879<br>FILE NO. _____<br><br>Jury trial demanded |

## ORDER RATIFYING SEALING OF COMPLAINT FOR 30 DAYS

Having considered Plaintiff's motion, the Court hereby approves Plaintiff's filing of the complaint under seal. The complaint shall continue to be sealed for a period of 30 days after service of the summons and complaint on the Defendants. After said 30-day period, the Clerk shall unseal the complaint unless Defendants within such period have filed a duly-supported motion under Uniform Superior Court Rule 21 to justify continued sealing of the complaint and any other court records in this case. The Plaintiff may respond to Defendants' motion, and the Court will decide whether continued sealing is appropriate.

IT IS SO ORDERED, this 28th day of July, 2022.

_/s/ Rachel R. Krause_
JUDGE RACHEL R. KRAUSE
SUPERIOR COURT OF FULTON COUNTY

Prepared by:

**D.R. MARTIN, LLC**
/s/ David Martin
Georgia Bar No. 474761
5200 Peachtree Road, Suite 3116
Chamblee, GA 30341
Tel. 770-454-1999
Email: dmartin@abogar.com
Counsel for Plaintiff Hector Garcia

1